PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 28-NOV-2005 FOR: 2000Z00618/001 PAGE: 1 OF 3

DEBTOR: Flicek, Daniel J.
COURT NUMBER: 01-39 MJD/JGL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $2,963.72

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WA | 17-JUL-2001 | OT/B | Daniel Flicek | | KEYD-1-199 | | $30.50 | 25-JUL-2001 |
| 0006 | PMNT | WA | 20-AUG-2001 | OT/B | Daniel flicek | | KEYD-1-232 | | $50.00 | 28-AUG-2001 |
| 0007 | PMNT | WA | 10-SEP-2001 | OT/B | Daniel Flicek | | KEYD-1-253 | | $50.00 | 17-SEP-2001 |
| 0009 | PMNT | WA | 20-NOV-2001 | OT/B | Daniel Flicek | | KEYD-2-324 | | $50.00 | 18-DEC-2001 |
| 0011 | PMNT | WA | 15-JAN-2002 | OT/B | Daniel Flicek | | KEYD-2-015 | | $50.00 | 17-JAN-2002 |
| 0012 | PMNT | WA | 12-FEB-2002 | OT/B | Daniel Flicek | | KEYD-2-043 | | $50.00 | 15-FEB-2002 |
| 0014 | PMNT | WA | 12-MAR-2002 | OT/B | Daniel Flicek | | KEYD-2-071 | | $50.00 | 15-MAR-2002 |
| 0016 | PMNT | WA | 16-APR-2002 | OT/B | Flicek | | 42 | | $50.00 | 22-APR-2002 |
| 0017 | PMNT | WA | 23-OCT-2001 | OT/B | Flicek | | #45 | | $50.00 | 06-MAY-2002 |
| 0019 | PMNT | WA | 29-APR-2002 | OT/J | TOPS | | 200216 | | $64.66 | 08-MAY-2002 |
| 0020 | PMNT | WA | 17-MAY-2002 | OT/B | Flicek | | 49 | | $50.00 | 24-MAY-2002 |
| 0022 | PMNT | WA | 24-JUN-2002 | OT/B | Flicek | | 54 | | $50.00 | 01-JUL-2002 |
| 0023 | PMNT | WA | 26-JUL-2002 | OT/B | Flicek | | 59 | | $50.00 | 05-AUG-2002 |
| 0025 | PMNT | WA | 23-SEP-2002 | OT/B | Flicek | | 69 | | $50.00 | 01-OCT-2002 |
| 0027 | PMNT | WA | 18-NOV-2002 | OT/B | D. FLICEK | | 03/322 #08 | | $50.00 | 25-NOV-2002 |
| 0029 | PMNT | WA | 23-JAN-2003 | OT/B | Flicek | | #18 | | $50.00 | 27-JAN-2003 |
| 0031 | PMNT | WA | 17-MAR-2003 | OT/J | tops | | 200310 | | $743.80 | 17-MAR-2003 |
| 0039 | PMNT | T | 02-JAN-2004 | GR/G | Dunham Brothers | MN /04/066 | 9098 | | $61.46 | 02-JAN-2004 |
| 0040 | PMNT | T | 21-JAN-2004 | GR/G | Dunham Brothers | MN /04/078 | 9170 | | $22.70 | 21-JAN-2004 |
| 0041 | PMNT | T | 17-FEB-2004 | GR/G | DUNHAM BROS. | MN /04/097 | 9231 | | $23.84 | 17-FEB-2004 |
| 0041 | PMNT | WA | 17-FEB-2004 | GR/G | DUNHAM BROS. | MN /04/097 | 9231 | | $14.56 | 17-FEB-2004 |
| 0043 | PMNT | WA | 08-MAR-2004 | GR/G | DUNHAM BROS SHAVINGS | MN /04/111 | 9289 | | $33.19 | 08-MAR-2004 |
| 0044 | PMNT | WA | 05-APR-2004 | TV/B | TOPS | | 200412 | | $877.80 | 05-APR-2004 |
| 0045 | PMNT | WA | 09-APR-2004 | GR/G | Flicek | MN /04/135 | 9389 | | $12.77 | 09-APR-2004 |
| 0046 | PMNT | WA | 05-MAY-2004 | GR/G | DUNHAM BROS | MN /04/153 | 9455 | | $65.55 | 05-MAY-2004 |
| 0047 | PMNT | WA | 02-JUN-2004 | GR/G | Dunham Bros | MN /04/171 | 9535 | | $38.60 | 02-JUN-2004 |
| 0048 | PMNT | WA | 21-JUN-2004 | GR/G | DUNHAM BROS SHAVINGS | MN /04/183 | 9597 | | $28.40 | 21-JUN-2004 |
| 0049 | PMNT | WA | 16-JUL-2004 | GR/G | Dunham Brothers | MN /04/202 | 9662 | | $20.70 | 16-JUL-2004 |
| 0050 | PMNT | WA | 25-AUG-2004 | GR/G | DUNHAM BROS SHAVINGS | MN /04/232 | 9776 | | $43.31 | 25-AUG-2004 |
| 0054 | PMNT | WA | 27-SEP-2004 | GR/G | DUNHAM BROS | MN /04/254 | 9869 | | $22.93 | 27-SEP-2004 |
| 0056 | PMNT | WA | 23-MAY-2005 | TV/B | | | TOP | | $868.00 | 24-MAY-2005 |

Total Payments for Debtor: $3,672.77