UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-39 MJD/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. FLICEK,<br><br>Defendant. | **RELEASE OF JUDGMENT AND ABSTRACT OF JUDGMENT** |

The defendant is deceased and the judgment in the above-entitled action has been written off by the United States Department of Education.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may release and cancel the judgment of record.

AND, the Recorder for the County of Scott, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Scott County, as Document No. 498977, in the amount of $5,699.64 plus interest.

Dated: November 28, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff

SUBSCRIBED and SWORN to before me this 28th day of November, 2005.

Stacey E Kulevich
NOTARY PUBLIC

STACEY E. KULEVICH
Notary Public
Minnesota
My Commission Expires January 31, 2010